UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,        :
          :
    -v-          :
          :    S2 23 Cr. 501 (JPC)
HECTOR BIENVENIDO FELIZ FELIZ, a/k/a   :
"Tacoma,"          :    ORDER
          :
    Defendant.      :
          :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    Pursuant to Federal Rule of Criminal Procedure 10, the Court will hold the arraignment for Defendant on the Superseding Indictment, Dkt. 31, on May 20, 2024 at 2:00 p.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: May 14, 2024
      New York, New York

                                            JOHN P. CRONAN
                                     United States District Judge