UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **Protective Order** |
| v. | **23 Cr. 501 (JPC)** |
| FRANCISCO ALBERTO LOPEZ REYES, a/k/a "Frank," JUAN EFREN PAULINO, a/k/a "Freddy," JUAN MOISES PEREZ MENDEZ, a/k/a "Caballero," SADIQ ABBAS HABIB SAYYED, a/k/a "Rakesh Sharma," a/k/a "Jonathan Acosta," KHIZAR MOHAMMAD IQBAL SHAIKH, WELLINGTON EUSTATE ESPINAL, a/k/a "Roni," HERIBERTO EUSTATE ESPINAL, a/k/a "Daulin," EUSEBIO PERALTA BAUTISTA, a/k/a "Luis Collazo Santos," HECTOR BIENVENIDO FELIZ FELIZ, a/k/a "Tacoma," LUIS PAULINO, MIGUEL CONCEPCION BRITO, CYNTHIA ONEGA, EDWARD EUSTATE JIMENEZ, a/k/a "Chino," ROBERT JUNIOR RAMOS HENRIQUEZ, a/k/a "Junior," a/k/a "Kiko," ALBA GONZALEZ, JOSE CONCEPCION BRITO, ANGEL VALDEZ BRITO, and WILIANYI ALMANZAR POLANCO, *Defendants*. | |

Upon the application of the United States of America, with the consent of the undersigned counsel, and the defendants having requested discovery under Fed. R. Crim. P. 16, the Court hereby finds and orders as follows:

### Categories

1. **Disclosure Material.** The Government will make disclosure to the defendants of documents, objects and information, including electronically stored information ("ESI"), pursuant to Federal Rule of Criminal Procedure 16, 18 U.S.C. § 3500, and the Government's general obligation to produce exculpatory and impeachment material in criminal cases, all of which will be referred to herein as "Disclosure Material." The Government's Disclosure Material may include material that (i) affects the privacy and confidentiality of individuals; (ii) would impede, if prematurely disclosed, the Government's ongoing investigation of uncharged individuals; (iii) would risk prejudicial pretrial publicity if publicly disseminated; (iv) may be produced with more limited redactions than would otherwise be necessary; and (v) that is not authorized to be disclosed to the public or disclosed beyond that which is necessary for the defense of this criminal case.

2. **Sealed Material.** Certain of the Government's Disclosure Material, referred to herein as "Sealed Material," contains information that identifies, or could lead to the identification of, witnesses who may be subject to intimidation or obstruction, and whose lives, persons, and property, as well as the lives, persons and property of loved ones, will be subject to risk of harm absent the protective considerations set forth herein.

3. **Attorney's Possession Only ("APO") Material.** Certain materials in this case raise a particular risk of affecting the privacy or safety of victims or witnesses, or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either (1) designated in whole or in part as "Attorney's Possession Only" by the

Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Possession Only" or "APO" shall be deemed "APO Material." Any material designated as APO Material shall also be deemed Sealed Material.

4. **Attorney's Eyes Only ("AEO") Material.** Certain materials in this case raise a more significant risk of affecting the privacy or safety of victims or witnesses, or the confidentiality of ongoing investigations. Disclosure Material produced by the Government to the defendant or his counsel that is either (1) designated in whole or in part as "Attorney's Eyes Only" by the Government in emails or communications to defense counsel, or (2) that includes a Bates or other label stating "Attorney's Eyes Only" or "AEO" shall be deemed "AEO Material." Any material designated as AEO Material shall also be deemed Sealed Material.

NOW, THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED:

### Disclosure and Treatment

5. Disclosure Material shall not be disclosed by the defendant or defense counsel, including any successor counsel ("the defense") other than as set forth herein, and shall be used by the defense solely for purposes of defending this action. The defense shall not post any Disclosure Material on any Internet site or network site, including any social media site such as Facebook or Twitter, to which persons other than the parties hereto have access, and shall not disclose any Disclosure Material to the media.

6. Sealed Material pertinent to any motion before the Court should initially be filed under seal, absent consent of the Government or Order of the Court, and may be disclosed by defense counsel to:

   a. The defendant;

    b. Personnel for whose conduct defense counsel is responsible, *i.e.*, personnel employed by or retained by counsel, as needed for purposes of defending this action; and

    c. Prospective witnesses for purposes of defending this action.

7. APO Material received by defense counsel shall be maintained in a safe and secure manner by defense counsel and any personnel for whose conduct defense counsel is responsible; shall not be possessed by the defendant, except in the presence of the defendant's counsel and any personnel for whose conduct defense counsel is responsible; and shall not be disclosed in any form by the defendant, his counsel, or any personnel for whose conduct defense counsel is responsible except as set forth herein.

8. AEO Material received by defense counsel shall be maintained on an attorney's eyes only basis, and the defense shall not share any AEO Material or the content of the AEO Material with any other persons, including the defendant, except for any personnel for whose conduct defense counsel is responsible.

## Other Provisions

9. This Order does not prevent the disclosure of any Disclosure Material in any hearing or trial held in this action, or to any judge or magistrate judge, for purposes of this action. All filings should comply with the privacy protection provisions of Fed. R. Crim. P. 49.1 and the above provisions.

10. The Government's designation of material will be controlling absent contrary order of the Court. The parties shall meet and confer regarding any dispute over such designations, after which the defense may seek de-designation by the Court. The Government may authorize, in writing, disclosure of Disclosure Material beyond that otherwise permitted by this Order without further Order of this Court.

2023.11.26

11. The defense shall provide a copy of this Order to prospective witnesses and persons retained by counsel to whom the defense has disclosed Disclosure Material. All such persons shall be subject to the terms of this Order. Defense counsel shall maintain a record of what information has been disclosed to which such persons.

12. Except for Disclosure Material that has been made part of the record of this case, the defense shall return to the Government or securely destroy or delete all Disclosure Material, including any ESI, within 30 days of the expiration of the period for direct appeal from any verdict in the above-captioned case; the period of direct appeal from any order dismissing any of the charges in the above-captioned case; and the granting of any motion made on behalf of the Government dismissing any charges in the above-captioned case, whichever date is later, subject to defense counsel's obligation to retain client files under the Rules of Professional Conduct. If Disclosure Material is provided to any personnel for whose conduct defense counsel is responsible or prospective witnesses, defense counsel shall make reasonable efforts to seek the return or destruction of such materials.

13. The Government has advised that information that may be subject to disclosure in this case may be contained within ESI that the Government has received, pursuant to warrants issued during the course of the investigation, from various computers, cellphones, and other devices and storage media, including cloud-based storage media. Upon consent of all counsel, the Government is authorized to disclose to defense counsel the entirety of such ESI for your client, which shall be deemed Sealed Material unless otherwise designated.

14. To the extent the Court appoints a Coordinating Discovery Attorney ("CDA"), the CDA may disclose, make copies of, or reveal the contents of Disclosure Material to defense counsel and to the CDA's employees who are assisting in the preparation and dissemination of the

2023.11.26

Disclosure Materials, and to third party vendors the CDA may deem necessary to retain to process the discovery the CDA receives, all in furtherance of fulfilling the CDA's duties and obligations under any Court order appointing the CDA. The CDA shall serve this Protective Order upon any such attorney, employee or vendor, instructing them that they are bound by its terms, and the CDA shall instruct such other persons that further disclosure is prohibited.

## Retention of Jurisdiction

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____        Date:   October 11, 2024
Adam Sowlati
Chelsea Scism
Katherine Cheng
Assistant United States Attorneys

_____        Date:   10/11/2024
David Wikstrom
Counsel for ~~Juan Moises-Perez Mendez~~
            Juan Efren Paulino

_____        Date: _____
Michael Bradley
Counsel for Juan Moises Perez Mendez

_____        Date: _____
Kenneth Montgomery
Counsel for Wellington Eustate Espinal

Disclosure Materials, and to third party vendors the CDA may deem necessary to retain to process the discovery the CDA receives, all in furtherance of fulfilling the CDA's duties and obligations under any Court order appointing the CDA. The CDA shall serve this Protective Order upon any such attorney, employee or vendor, instructing them that they are bound by its terms, and the CDA shall instruct such other persons that further disclosure is prohibited.

### Retention of Jurisdiction

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: _____         Date:   October 11, 2024
Adam Sowlati
Chelsea Scism
Katherine Cheng
Assistant United States Attorneys


_____              Date:  _____
David Wikstrom
Counsel for Juan Moises Perez Mendez

_____              Date:  October 16, 2024
Michael Bradley
Counsel for Juan Moises Perez Mendez


_____              Date:  _____
Kenneth Montgomery
Counsel for Wellington Eustate Espinal

Disclosure Materials, and to third party vendors the CDA may deem necessary to retain to process the discovery the CDA receives, all in furtherance of fulfilling the CDA's duties and obligations under any Court order appointing the CDA. The CDA shall serve this Protective Order upon any such attorney, employee or vendor, instructing them that they are bound by its terms, and the CDA shall instruct such other persons that further disclosure is prohibited.

### Retention of Jurisdiction

15. The provisions of this order shall not terminate at the conclusion of this criminal prosecution and the Court will retain jurisdiction to enforce this Order following termination of the case.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney

by: *[signature]*                                                                 Date:   October 11, 2024
Adam Sowlati
Chelsea Scism
Katherine Cheng
Assistant United States Attorneys

_____                                      Date: _____
David Wikstrom
Counsel for Juan Moises Perez Mendez

_____                                      Date: _____
Michael Bradley
Counsel for Juan Moises Perez Mendez

*Kenneth Montgomery*                                                    Date: 10/13/24
Kenneth Montgomery
Counsel for Wellington Eustate Espinal

6

2023.11.26

| | |
|---|---|
| /s/ John Kaley | Date: 10/14/2024 |
| John Kaley | |
| Counsel for Heriberto Eustate Espinal | |
| | |
| _____ | Date: _____ |
| Joshua Horowitz | |
| Counsel for Eusebio Peralta Bautista | |
| | |
| _____ | Date: _____ |
| Marc Greenwald | |
| Counsel for Hector Bienvenido Feliz Feliz | |
| | |
| _____ | Date: _____ |
| Patrick Brackley | |
| Counsel for Luis Paulino | |
| | |
| _____ | Date: _____ |
| Lauren DiChiara | |
| Counsel for Miguel Concepcion Brito | |
| | |
| _____ | Date: _____ |
| Elizabeth Macedonia | |
| Counsel for Cynthia Onega | |
| | |
| _____ | Date: _____ |
| David Touger | |
| Counsel for Edward Eustate Jimenez | |
| | |
| _____ | Date: _____ |
| Alexie Schacht | |
| Counsel for Robert Junior Ramos Henriquez | |
| | |
| _____ | Date: _____ |
| Zachary Margulis-Ohnuma | |
| Counsel for Alba Gonzalez | |
| | |
| _____ | Date: _____ |
| David Esseks | |
| Counsel for Angel Valdez Brito | |

_____       Date: _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____       Date:   10-16-24
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

_____       Date: _____
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____       Date: _____
Patrick Brackley
Counsel for Luis Paulino

_____       Date: _____
Lauren DiChiara
Counsel for Miguel Concepcion Brito

_____       Date: _____
Elizabeth Macedonia
Counsel for Cynthia Onega

_____       Date: _____
David Touger
Counsel for Edward Eustate Jimenez

_____       Date: _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____       Date: _____
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____       Date: _____
David Esseks
Counsel for Angel Valdez Brito

_____    Date:    _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____    Date:    _____
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

*[signature]*    Date:    10/15/2024
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____    Date:    _____
Patrick Brackley
Counsel for Luis Paulino

_____    Date:    _____
Lauren DiChiara
Counsel for Miguel Concepcion Brito

_____    Date:    _____
Elizabeth Macedonia
Counsel for Cynthia Onega

_____    Date:    _____
David Touger
Counsel for Edward Eustate Jimenez

_____    Date:    _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____    Date:    _____
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____    Date:    _____
David Esseks
Counsel for Angel Valdez Brito

_____    Date:  _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____    Date:  _____
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

_____    Date:  _____
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____    Date:  _____
Patrick Brackley
Counsel for Luis Paulino

_____    Date:  _____
Lauren DiChiara
Counsel for Miguel Concepcion Brito

_____    Date:  _____
Elizabeth Macedonia
Counsel for Cynthia Onega

_____    Date:  _____
Raoul Zaltzberg
Counsel for Edward Eustate Jimenez

_____    Date:  _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____    Date:  _____
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____    Date:  _____
David Esseks
Counsel for Angel Valdez Brito

2023.11.26

_____                    Date: _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____                    Date: _____
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

_____                    Date: _____
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____                    Date: _____
Patrick Brackley
Counsel for Luis Paulino

*Lauren Di Chiara*                                                  Date: 10.14.2024
Lauren DiChiara
Counsel for Miguel Concepcion Brito

_____                    Date: _____
Elizabeth Macedonia
Counsel for Cynthia Onega

_____                    Date: _____
David Touger
Counsel for Edward Eustate Jimenez

_____                    Date: _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____                    Date: _____
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____                    Date: _____
David Esseks
Counsel for Angel Valdez Brito

7

2023.11.26

_____  Date: _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____  Date: _____
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

_____  Date: _____
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____  Date: _____
Patrick Brackley
Counsel for Luis Paulino

_____  Date: _____
Lauren DiChiara
Counsel for Miguel Concepcion Brito

*/s/ Elizabeth Macedonia*  Date: 10/14/24
Elizabeth Macedonia
Counsel for Cynthia Onega

_____  Date: _____
David Touger
Counsel for Edward Eustate Jimenez

_____  Date: _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____  Date: _____
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____  Date: _____
David Esseks
Counsel for Angel Valdez Brito

7

2023.11.26

_____  Date:  _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____  Date:  _____
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

_____  Date:  _____
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____  Date:  _____
Patrick Brackley
Counsel for Luis Paulino

_____  Date:  _____
Lauren DiChiara
Counsel for Miguel Concepcion Brito

_____  Date:  _____
Elizabeth Macedonia
Counsel for Cynthia Onega

*Raoul Zaltzberg*  Date:  10/17/24
Raoul Zaltzberg
Counsel for Edward Eustate Jimenez

_____  Date:  _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____  Date:  _____
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____  Date:  _____
David Esseks
Counsel for Angel Valdez Brito

2023.11.26

_____      Date: _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____      Date: _____
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

_____      Date: _____
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____      Date: _____
Patrick Brackley
Counsel for Luis Paulino

_____      Date: _____
Lauren DiChiara
Counsel for Miguel Concepcion Brito

_____      Date: _____
Elizabeth Macedonia
Counsel for Cynthia Onega

_____      Date: _____
David Touger
Counsel for Edward Eustate Jimenez

*/s/ Alexei Schacht*                          Date: _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____      Date: _____
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____      Date: _____
David Esseks
Counsel for Angel Valdez Brito

2023.11.26

_____    Date: _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____    Date: _____
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

_____    Date: _____
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____    Date: _____
Patrick Brackley
Counsel for Luis Paulino

_____    Date: _____
Lauren DiChiara
Counsel for Miguel Concepcion Brito

_____    Date: _____
Elizabeth Macedonia
Counsel for Cynthia Onega

_____    Date: _____
David Touger
Counsel for Edward Eustate Jimenez

_____    Date: _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____    Date: October 11, 2024
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____    Date: _____
David Esseks
Counsel for Angel Valdez Brito

7

2023.11.26

_____  Date: _____
John Kaley
Counsel for Heriberto Eustate Espinal

_____  Date: _____
Joshua Horowitz
Counsel for Eusebio Peralta Bautista

_____  Date: _____
Marc Greenwald
Counsel for Hector Bienvenido Feliz Feliz

_____  Date: _____
Patrick Brackley
Counsel for Luis Paulino

_____  Date: _____
Lauren DiChiara
Counsel for Miguel Concepcion Brito

_____  Date: _____
Elizabeth Macedonia
Counsel for Cynthia Onega

_____  Date: _____
David Touger
Counsel for Edward Eustate Jimenez

_____  Date: _____
Alexie Schacht
Counsel for Robert Junior Ramos Henriquez

_____  Date: _____
Zachary Margulis-Ohnuma
Counsel for Alba Gonzalez

_____  Date: 10/17/2024
David Esseks
Counsel for Angel Valdez Brito

7

2023.11.26

_____  Date: 10/17/24
Lisa Scolari
Counsel for Wilianyi Almanzar Polanco

SO ORDERED:

Dated: October 28, 2024

New York, New York

_____
THE HONORABLE JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

The parties shall comply with Individual Rule 9, which governs redactions and sealed filings.

8

2023.11.26