UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                         :

UNITED STATES OF AMERICA,                   :

      -v-                                         :         S8 23 Cr. 501 (JPC)

FRANCISCO ALBERTO LOPEZ REYES,   :             ORDER
    a/k/a "Frank," *et al.*,

                    Defendants.      :

-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

In light of the closure of the federal courts on January 9, 2025, for the National Day of Mourning for President James Earl Carter, Jr., the pretrial conferences set in this case are adjourned to January 10, 2025. The conference currently scheduled for January 9, 2025, at 2:00 p.m., for Defendants Juan Efren Paulino, Juan Moises Perez Mendez, Heriberto Eustate Espinal, Luis Paulino, Angel Valdez Brito, Wilianyi Almanzar Polanco, Cynthia Onega, and Francisco Alberto Lopez Reyes is adjourned to January 10, 2025, at 2:00 p.m. The conference currently scheduled for January 9, 2025, at 3:00 p.m., for Defendants Wellington Eustate Espinal, Eusebio Peralta Bautista, Hector Bienvenido Feliz Feliz, Alba Gonzalez, Edward Eustate Jimenez, Miguel Concepcion Brito, and Robert Junior Ramos Henriquez is adjourned to January 10, 2025, at 3:00 p.m.

    SO ORDERED.

Dated: December 31, 2024
       New York, New York
                                                          JOHN P. CRONAN
                                                          United States District Judge