```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA,                               :
                                                        :
            -v-                                         :
                                                        :         23 Cr. 501 (JPC)
WELLINGTON EUSTATE ESPINAL, HERIBERTO                   :
EUSTATE ESPINAL, EUSEBIO PERALTA                        :         PRETRIAL ORDER
BAUTISTA, HECTOR BIENVENIDO FELIZ FELIZ,                :
LUIS PAULINO, MIGUEL CONCEPCION BRITO,                  :
CYNTHIA ONEGA, and ANGEL VALDEZ BRITO,                  :
                                                        :
                        Defendants.                     :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Trial for the Defendants listed in the caption above is scheduled to begin on October 19, 2026. Defendants shall file any pretrial motions, aside from motions *in limine* and motions to preclude expert testimony, by November 3, 2025. The deadline for the Government's oppositions to such motions is December 8, 2025, and the deadline for any reply briefs is December 22, 2025. The deadline for the Government's expert disclosures pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) is June 26, 2026. The deadline for Defendants' expert disclosures pursuant to Rule 16(b)(1)(C) is July 24, 2026. The Government shall provide Defendants with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by August 14, 2026. By September 4, 2026, the parties shall submit proposed *voir dire* questions, requests to charge, and proposed verdict forms. Any motions *in limine* and motions to preclude expert testimony shall also be filed by September 4, 2026, with oppositions due September 18, 2026.

The Court will hold a Final Pretrial Conference on October 9, 2026, at 10:00 a.m. in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The Court directs the parties to Part 7 of its Individual Rules and Practices

in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C. § 3500. Unless the Court orders otherwise, any exhibit lists, exhibits, and § 3500 material shall be submitted to the Court electronically, and the parties shall not submit hard copies.

    SO ORDERED.

Dated: April 15, 2025
      New York, New York

                                      JOHN P. CRONAN
                                  United States District Judge