

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

December 10, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 12D
New York, New York 10007

**Re:    *United States v. Francisco Alberto Lopez Reyes et al.*, S8 23 Cr. 501 (JPC)**

Dear Judge Cronan:

The Government respectfully submits this letter to request adjournments of the upcoming status conferences in the above-referenced case, scheduled for December 17, 2025. In light of the upcoming change of plea hearings scheduled for a number of defendants, the pending motion filed by defendant Juan Moises Perez Mendez—to which the Government's opposition is due on January 5, 2026—and the upcoming motion deadlines for defendants Francisco Alberto Lopez Reyes and Miguel Brito, the Government respectfully requests that the Court adjourn the status conferences in this case for approximately 30 days to a date in middle to late January 2026. Counsel for the defendants have no objection to this request.

The request is granted. The status conferences scheduled for December 17, 2025, are adjourned to January 28, 2026. On that date in Courtroom 12D of 500 Pearl Street, New York, NY 10007, the status conference for Trial Group 1 will take place at 10:00 a.m. and the status conference for Trial Group 2 will take place at 11:00 a.m. The Clerk of Court is respectfully directed to close Docket Number 198.

SO ORDERED.
December 11, 2025
New York, New York

JOHN P. CRONAN
United States District Judge

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____
Katherine Cheng
Maggie Lynaugh
Chelsea L. Scism
Adam Sowlati
Assistant United States Attorneys
(212) 637-2492 / - 2248 / -2105 / -2438

Cc: All Counsel of Record (ECF)