UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                          :

UNITED STATES OF AMERICA,            :

                       :

      -v-                  :          S8 23 Cr. 501 (JPC)

                       :

FRANCISCO ALBERTO LOPEZ REYES and     :          ORDER
EDWARD EUSTATE JIMENEZ,       :

                       :

          Defendants.      :

                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

At the final pretrial conference on April 10, 2026, the parties agreed to a jury selection process that would entail the then-trial Defendants, Francisco Alberto Lopez Reyes, Juan Moises Perez Mendez, and Edward Eustate Jimenez, jointly exercising thirteen peremptory challenges and the Government exercising seven peremptory challenges to arrive at the twelve primary jurors. *See* Fed. R. Crim. P. 24(b).  The Court also intends to impanel six alternate jurors for reasons discussed at that conference.  On April 14, 2026, those three Defendants submitted a letter stating that they seek three additional peremptory challenges for alternate jurors.  Dkt. 282; *see* Fed. R. Crim. P. 24(c)(4)(C) ("Three additional peremptory challenges are permitted when five or six alternates are impaneled.").  Thus, for the selection of the six alternate jurors, and consistent with Rule 24(c)(4)(C), the Court intends to grant three peremptory challenges to the Government and three peremptory challenges to the Defendants, to be exercised jointly.[1]

---

[1] With this breakdown of peremptory challenges in mind, the Court would allow the exercise of challenges in the following manner.  The Court would qualify 44 prospective jurors. For the selection of the twelve main jurors, the parties would exercise the challenges in the following order: 2 Joint Defense, 2 Government, 2 Joint Defense, 1 Government, 2 Joint Defense, 1 Government, 2 Joint Defense, 1 Government, 2 Joint Defense, 1 Government, 2 Joint Defense, 1 Government, and 1 Joint Defense. Then, for the selection of the six alternate jurors, the parties would exercise the challenges in the following order: 1 Government, 1 Joint Defense, 1 Government, 1 Joint Defense, 1 Government, and 1 Joint Defense.

Earlier today, Perez Mendez pled guilty to Count Two of the S8 Superseding Indictment. Accordingly, the trial scheduled to begin on April 20, 2026 will include only Lopez Reyes and Eustate Jimenez as Defendants.  In light of the fact that Perez Mendez will no longer be a Defendant at trial, by 5:00 p.m. on April 16, 2026, the Government, Lopez Reyes, and Eustate Jimenez shall advise the Court if they believe that any adjustment should be made to the above jury selection procedures.  The parties may submit individual responses or a joint response.

SO ORDERED.

Dated: April 15, 2026
New York, New York

JOHN P. CRONAN
United States District Judge