UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                   :

UNITED STATES OF AMERICA          :

     -v-                     :

                   :        S8 23 Cr. 501 (JPC)

FRANCISCO ALBERTO LOPEZ REYES and   :
EDWARD EUSTATE JIMENEZ,     :       ORDER

                   :

         Defendants.     :

                   :

------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of the Government's motion to preclude Defendants' proposed

expert, Dr. Robert Powers.  Dkt. 298.  Defendants shall respond to this motion by May 18, 2026,

at 8:00 p.m.

SO ORDERED.

Dated: May 17, 2026
     New York, New York              JOHN P. CRONAN
                            United States District Judge