**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

May 21, 2026

The request is granted. Sentencing is adjourned until June 17, 2026, at 4:45 p.m. The due date for the Government's sentencing submission is adjourned until June 10, 2026. The Clerk of Court is respectfully directed to close Dkt. 306.

SO ORDERED
May 22, 2026

JOHN P. CRONAN
United States District Judge

**By ECF**
The Honorable John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    *United States v. Wellington Eustate Espinal*, S8 23 Cr. 501 (JPC)

Dear Judge Cronan:

The Government writes with the consent of the defendant to respectfully request a brief adjournment of the sentencing in the above-captioned case, which is currently scheduled for May 29, 2026. The Government's sentencing submission is due tomorrow, and as the Court is aware, the Government is currently on trial in this matter with respect to defendants Francisco Alberto Lopez Reyes and Edward Eustate Jimenez. Accordingly, the Government is seeking a brief adjournment of this sentencing and the corresponding deadlines. The parties have conferred and are available for sentencing on June 17, 2026 if that date is acceptable to the Court.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By:___s/_____
Katherine Cheng
Maggie Lynaugh
Chelsea L. Scism
Adam Sowlati
Assistant United States Attorneys
(212) 637-2492 / -2105 / -2448 / -2438

Cc: Kenneth Montgomery, Esq.