UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

HECTOR BIENVENIDO FELIZ FELIZ, *et al.*,

Defendants.

---------------------------------------------------------------------X

S8 23 Cr. 501 (JPC)

<u>ORDER</u>

JOHN P. CRONAN, United States District Judge:

The deadline for the parties to report back to the Court on how they propose to proceed with the sentencing of defendant Hector Bienvenido Feliz Feliz was August 31, 2026. That deadline has now passed. Accordingly, the Court extends the deadline to September 4, 2026.

SO ORDERED.

Dated: September 1, 2026
New York, New York

JOHN P. CRONAN
United States District Judge